No. 95–5849. PALACIOS-CASQUETE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 95–5853. WIMS ET AL. v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. 

No. 95–5901. CLAYTON v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied. 

No. 95–6086. SAN MIGUEL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 95–6104. WILLIAMS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 95–6131. VELASQUEZ-VELASQUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 95–6149. DORMESCORE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 95–6266. THOMAS v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied. 

No. 95–6324. HARRIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 95–6393. WEIR v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 95–6414. TAYLOR v. ALABAMA. Sup. Ct. Ala. Certiorari denied. 

No. 95–6449. DOWNING v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. 

No. 95–6466. IRVING v. HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 95–6524. AGUBATA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.